JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:    541-419-0074
Email:         jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORMA JEAN ORNELLAS, | ) | |
| | ) | Case No. 1:15-cv-00730-EPG |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE OPENING BRIEF** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to

extend the time 30 days to February 3, 2016, for Plaintiff to file her Opening Brief, in accordance

with the Court's Scheduling Order.  This is Plaintiff's first request for an extension, which is

requested because Plaintiff's counsel is experiencing a backload in her workload.

**Ornellas v. Colvin**                                                                                     **Stipulation and Order**
**E.D. Cal. 1:15-cv-00730-EPG**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.


Respectfully submitted,


Date:  January 3, 2016                    JACQUELINE A. FORSLUND
                                          Attorney at Law


                                          */s/Jacqueline A. Forslund*
                                          JACQUELINE A. FORSLUND

                                          Attorney for Plaintiff



Date:  January 3, 2016                    BENJAMIN B. WAGNER
                                          United States Attorney
                                          DEBORAH L. STACHEL
                                          Acting Regional Chief Counsel, Region IX
                                          Social Security Administration

                                          */s/*Heather M. Moss*
                                          HEATHER M. MOSS
                                          Special Assistant United States Attorney
                                          *By email authorization

                                          Attorney for Defendant


**Ornellas v. Colvin**                                      **Stipulation and Order**
**E.D. Cal. 1:15-cv-00730-EPG**

<u>ORDER</u>

Based on the above stipulation, Plaintiff may have an extension of time to file her Opening Brief. Plaintiff's Opening Brief shall be filed no later than February 3, 2016. Defendant shall file her Opposition Brief no later than March 4, 2016. Any reply by Plaintiff may be filed no later than March 21, 2016.

IT IS SO ORDERED.

Dated:   **January 6, 2016**                    /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE

**Ornellas v. Colvin**                                        **Stipulation and Order**
**E.D. Cal. 1:15-cv-00730-EPG**