BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
HEATHER M. MOSS, DCBN 995773
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Phone: 415-977-8826
    Fax: 415-744-0134
    Email: heather.moss@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA JEAN ORNELLAS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:15-cv-00730-EPG<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME** |

    Defendant CAROLYN W. COLVIN, Acting Commissioner of Social Security, through her counsel of record, hereby moves the Court to extend the time from March 4, 2016, to April 4, 2016, for Defendant to file her opposition, and to extend the remaining case deadlines accordingly.

    There is good cause for extending the case deadlines because Counsel has an unusually robust caseload, which includes active discovery in an employment matter and Bankruptcy representation. Additional time is needed to responsibly respond to Plaintiff's contentions. Counsel apologizes to the Court for any inconvenience that this may cause and assures all parties that she has taken every action to minimize it.

Stip. & Order for Ext.; 1:15-cv-00730-EPG         1

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| Dated: February 25, 2016 |   | BENJAMIN B. WAGNER<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
|   | By | /s/ *Heather M. Moss*<br>HEATHER M. MOSS<br>Special Assistant U.S. Attorney |
|   |   | Attorneys for Defendant |
| Date:  February 25, 2016 |   | JACQUELINE A. FORSLUND<br>Attorney at Law |
|   |   | */s/Jacqueline A. Forslund\**<br>JACQUELINE A. FORSLUND<br>[*By email authorization]<br>Attorney for Plaintiff |

### ORDER

Pursuant to the stipulation, Defendant's opposition shall be filed no later than **April 4, 2016**. Any reply shall be filed within fifteen days of the filing of the opposition.

IT IS SO ORDERED.

Dated:  **February 26, 2016**          /s/ *Erica P. Grosjean*
                              UNITED STATES MAGISTRATE JUDGE