BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL, CA SBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEAN M. TURK, CA SBN 131517
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone:  (415) 977-8935; Fax:  (415) 744-0134
E-Mail: jean.turk@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA JEAN ORNELLAS,<br><br>   Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>   Defendant. | No. 1:15-cv-00730 EPG<br><br>**ORDER OF REMAND** |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (ECF No. 19), and for cause shown, IT IS ORDERED that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation.

///
///
///
///

1  The Clerk of the Court is DIRECTED to enter final judgment in favor of
2  Plaintiff Norma Jean Ornellas and against Defendant Carolyn W. Colvin and to
3  close this case.

IT IS SO ORDERED.

Dated: **March 28, 2016**     /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE