UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA JEAN ORNELLAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:15-cv-00730-EPG<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES<br><br>(ECF No. 24) |

Plaintiff Norma Jean Ornellas filed a complaint challenging the denial of her application for disability insurance benefits on August 10, 2015. (ECF No. 1.) On March 25, 2016, the parties entered into stipulation remanding the case to the Social Security Administration for further proceedings. (ECF No. 19.) The Court approved the stipulation on March 28, 2016, and entered judgment in Plaintiff's favor. (ECF Nos. 20-21.)

On April 26, 2016, the Court approved a stipulation for the award of attorney fees and expenses pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)) ("EAJA") in the amount of $4,300. (ECF No. 23.)

On December 1, 2017, Plaintiff's counsel filed a motion for the award of reasonable attorney fees pursuant to 42 U.S.C. § 406(b) directing payment of $9,350.00 in attorneys fees to attorney Jacqueline A. Forslund. (ECF No. 24.) "Under 42 U.S.C. § 406(b), a court entering judgment in favor of an SSDI claimant who was represented by an attorney 'may determine and allow as part of its judgment a reasonable fee for such representation, not in excess of 25 percent of the total of the past-due benefits to which the claimant is entitled by reason of such judgment.'" *Crawford v. Astrue*, 586 F.3d 1142, 1147 (9th Cir. 2009) (quoting 42 U.S.C. § 406(b)). Attorney Forslund expended 27.3 hours on this case, and has requested gross fee of $13,650.00. After deducting the $4,300.00 in EAJA fees previously received by attorney Forslund, the amount requested in the instant motion for attorney fees is $9,350.00. Defendant filed a response indicating that it had no objection to that amount. (ECF No. 26.)

1

1        Accordingly, IT IS ORDERED that fees in the amount of $9,350.00 as authorized by 42

2   U.S.C. § 406(b) be awarded to attorney Jacqueline A. Forslund.

3

4   IT IS SO ORDERED.

5       Dated:   **January 8, 2018**           /s/ *Erica P. Grosjean*

6                                             UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28